William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
Phone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff John Doe LS 4*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*John Doe LS 4 v. Uber Technologies, Inc., et al.,*<br>Case No. 3:24-cv-05861-CRB | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Court's July 3, 2025 Order, Plaintiff John Doe LS 4, by and through counsel hereby gives notice that the above-captioned action is dismissed without prejudice against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: July 9, 2025 | Respectfully Submitted, |
| 2 | | **LEVIN SIMES LLP** |
| 3 | | */s/ William A. Levin* |
| | | William A. Levin |
| 4 | | Laurel L. Simes |
| | | David M. Grimes |
| 5 | | Samira J. Bokaie |
| 6 | | *Attorneys for Plaintiff John Doe LS 4* |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

Case No. 3:24-cv-05861-CRB

PLAINTIFF JOHN DOE LS 4'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2025, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ *William A. Levin*
William A. Levin